DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL FRIAS-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0227 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| SAMUEL FRIAS-HERNANDEZ, | ) ) | Date: May 2, 2011 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, counsel for Defendant Samuel Frias-Hernandez, that the hearing currently set for April 11, 2011 at 9:00 a.m., **may be rescheduled to May 2, 2011 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation and plea discussions.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded pursuant to the
2  Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A) & (B)(i) and (iv); that good cause exists; and that the
3  ends of justice served by the granting of such continuance outweigh the best interests of the public and the
4  defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 6, 2011

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated:  April 6, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SAMUEL FRIAS-HERNANDEZ


**ORDER**

IT IS SO ORDERED.

Dated:      April 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE